UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUST JOSH, INC., and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>RETAILMENOT, INC. and ZIFF DAVIS INC.,<br><br>Defendants. | Case Nos. 1:25-cv-01422 (JLR), 1:25-cv-00783 (JLR), 1:25-cv-01420 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a motion by plaintiffs in one of the related actions, *Oganesyan v. Retailmenot, Inc.*, No. 25-cv-00783 (JLR), to be appointed as Interim Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). Any parties who wish to submit responses to this application or interim lead counsel applications of their own shall do so in a five-page letter motion, exclusive of attachments of firm or applicant resumes, by **March 1, 2025**.

Given the present motion, the Court will adjourn the Initial Pretrial Conference on April 29, 2025 and preparation of the case management plan in *Oganesyan v. Retailmenot, Inc.*, No. 25-cv-00783, until a decision on the motion to appoint lead counsel.

The Clerk of Court is respectfully requested to file this Order in all of the above-captioned cases.

Dated: February 24, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1