UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>RETAILMENOT, INC.,<br><br>       Defendant. | Case Nos. 1:25-cv-00783 (JLR),<br>     1:25-cv-01422 (JLR),<br>     1:25-cv-01420 (JLR),<br>     1:25-cv-01537 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As discussed during the conference on March 13, 2025, the parties are directed to submit any proposed stipulation or motion with regard to consolidation of the aforementioned actions by **March 20, 2025**. Should a stipulation be reached regarding consolidation of the actions, the parties shall also propose a deadline for filing a consolidated amended complaint or a motion to file such an amended complaint, as well as any proposed schedule for Defendant to answer or otherwise respond to the amended complaint. The **March 28, 2025** deadline for Defendant RetailMeNot, Inc. to answer or otherwise respond to the Amended Complaint in Case No. 25-cv-00783 (JLR), *Oganesyan v. RetailMeNot, Inc.*, is adjourned.

  The Clerk of Court is respectfully requested to file this Order in all of the above-captioned cases.

Dated: March 13, 2025
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge