**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

The Court will GRANT the request to modify the briefing schedule as set forth below, and extends the deadline for Plaintiffs to file the Consolidated Complaint to May 30, 2025.

Date:   April 18, 2025
        New York, New York

**HAUSFELD**

33 Whitehall Street
14th Floor
New York, NY 10004

April 18, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

RE:   *In re RetailMeNot Browser Extension Litigation*, No. 1:25-cv-00783-JLR
      **Joint Motion for Extension of Time to File Consolidated Complaint**

Dear Judge Rochon,

Plaintiffs Edgar Oganesyan, Matthew Ely, Tessa Rhodes, Just Josh, Inc., and Shonna Coleman ("Plaintiffs") and Defendants RetailMeNot, Inc. and Ziff Davis Inc. ("Defendants") (together, the "Parties"), respectfully submit this letter pursuant to Rule 1.F of the Court's Individual Rules of Practice in Civil Cases, to jointly request an extension of time for Plaintiffs to file their Consolidated Complaint and to modify the associated briefing schedule.

On March 13, 2025, the Court issued an Order directing the Parties to submit a stipulation with a proposed deadline for the filing of a Consolidated Complaint and a proposed schedule for Defendants to answer or otherwise respond to the Consolidated Complaint. *See* Dkt. 25. The Parties filed a Stipulation and [Proposed] Order for the Court's approval on March 20, 2025. Dkt. 28. The Court entered the Stipulation on March 21, 2025 (Dkt. 29), setting the following schedule:

- Plaintiffs' Consolidated Complaint to be filed no later than May 5, 2025;
- Defendants' Motion to Dismiss to be filed no later than June 19, 2025;
- Plaintiffs' Opposition to be filed no later than July 21, 2025;
- Defendants' Reply to be filed no later than August 5, 2025.

Due to the travel schedules and other professional obligations of counsel for both Parties, the Parties jointly request a brief extension of the current deadline to file the Consolidated Complaint and corresponding modification of the briefing schedule as follows:

- Plaintiffs' Consolidated Complaint to be filed no later than **May 30, 2025**;
- Defendants' Motion to Dismiss to be filed no later than **July 25, 2025**;
- Plaintiffs' Opposition to be filed no later than **August 29, 2025**;
- Defendants' Reply to be filed no later than **September 26, 2025**.

The requested extension will not prejudice any party and is sought in good faith to accommodate logistical constraints related to trial and briefing calendars and upcoming travel.

This is the first request for an extension of any deadline in this consolidated action, and all Parties agree and stipulate to the relief requested herein.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

Respectfully,

*/s/ Julian Hammond*
Julian Hammond (*pro hac vice*)
**HAMMONDLAW, P.C.**
1201 Pacific Ave., 6th Floor
Tacoma, WA 98402
T: (310) 601-6766
E: jhammond@hammondlawpc.com

*/s/ Thomas E. Loeser*
Thomas E. Loeser (*pro hac vice* forthcoming)
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
T: (206) 970-8181
E: tloeser@cpmlegal.com.com

*/s/ Ashley M. Crooks*
Ashley M. Crooks (N.Y. Bar No. 5800776)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
E: acrooks@hausfeld.com

*Interim Co-Lead Counsel for Plaintiffs*

*/s/ Mark David McPherson*
Mark David McPherson
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: (212) 813-8800
E: mmcpherson@goodwinlaw.com

*Counsel for Defendants*