**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

*IN RE RETAILMENOT BROWSER*          :
*EXTENSION LITIGATION*               :                  No. 1:25-cv-00783-JLR
                                     :
                                     :                  **ORAL ARGUMENT**
                                     :                  **REQUESTED**
                                     :
This Document Relates To: *All Cases*  :
                                     :
                                     :
---------------------------------------------------------- X

**NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION**
**COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendants

RetailMeNot, Inc. and Ziff Davis, Inc. respectfully move this Court before the Honorable Jennifer

L. Rochon to dismiss the Consolidated Class Action Complaint (ECF No. 34) with prejudice

pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order dated April 18, 2025

(ECF No. 33), Plaintiffs' opposition papers, if any, are to be filed on or before August 29, 2025

and reply papers are to be filed on or before September 26, 2025.

Dated: July 25, 2025
       New York, New York

**GOODWIN PROCTER LLP**

By: */s/ Mark David McPherson*
     Mark David McPherson
     Austin Collier
     MMcPherson@goodwinlaw.com
     ACollier@goodwinlaw.com
     The New York Times Building
     620 Eighth Avenue
     New York,  NY 10018
     Tel.  +1 212 813 8800
     Fax  +1 212 355 3333

     Rebecca L. Tarneja (*Pro Hac Vice*
     Forthcoming)
     RTarneja@goodwinlaw.com
     601 South Figueroa Street, Suite 4100
     Los Angeles, CA 90017
     Tel.  +1 213 426 2516

     *Attorneys for Defendants*
     *RetailMeNot, Inc. and Ziff Davis, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, a true and correct copy of the foregoing was

electronically filed and served on all parties of record via the Court's CM/ECF system.

/s/ *Mark David McPherson*
Mark David McPherson