UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re RETAILMENOT BROWSER EXTENSION LITIGATION | Case No. 1:25-cv-00783 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on the Defendants' motion to dismiss on **March 5, 2026 at 10:00 a.m.**, in Courtroom 20B at the Daniel Patrick Moynihan United States District Court, 500 Pearl Street, New York, New York, 10007.

Dated: February 12, 2026
New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge