UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re RetailMeNot Browser Extension Litigation
Plaintiff,

Case No. 1:25-cv-00783-JLR

-against-

Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Thomas E. Loeser
FILL IN ATTORNEY NAME

My SDNY Bar Number is: admitted *pro hac vice* My State Bar Number is CA Bar No. 202724

I am,

☐ An attorney
☐ A Government Agency attorney
☑ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Cotchett Pitre & McCarthy LLP
FIRM ADDRESS: 1809 7th Avenue, Suite 1610, Seattle, WA 98101
FIRM TELEPHONE NUMBER: (206) 802-1272
FIRM FAX NUMBER: ____

NEW FIRM:
FIRM NAME: Hausfeld LLP
FIRM ADDRESS: 580 California Street, 12th Floor, San Francisco, CA 94104
FIRM TELEPHONE NUMBER: (415) 633-1908
FIRM FAX NUMBER: ____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge_________________________.

Dated: 10/14/2026

*/s/ Thomas E. Loeser*
ATTORNEY'S SIGNATURE