**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***<br><br>This Document Relates To: All Cases | Case No. 1:25-cv-00783-JLR |

**DECLARATION OF ANDREW J. FULLER**

I, Andrew J. Fuller, do hereby declare and state, under the penalty of perjury, as follows:

1. I am an attorney duly admitted to practice before this Court, and in the Courts of the State of New York (NY Bar # 5585500).

2. I am counsel to plaintiff Just Josh Inc. in the above captioned matter.

3. I submit this Declaration in support of the motion to withdraw Andrew J. Fuller and Cotchett Pitre & McCarthy LLP as counsel for plaintiffs.

4. I filed a Notice of Appearance on behalf of plaintiffs on March 4, 2026 (ECF #62).

5. As of September 1, 2026, Thomas E. Loeser is no longer affiliated with Cotchett Pitre & McCarthy. On October 14, 2026, Thomas E. Loeser filed a Notice of Change of Address (ECF #80).

6. Plaintiffs continue to be represented by Thomas E. Loeser, Kira Hessekiel, Steven M. Nathan and Ashley Crooks of Hausfeld LLP.

7. Counsel does not intend to assert a retaining lien.

8. For the reasons listed above, Counsel respectfully requests to be relieved as counsel for plaintiffs.

DATED: November 9, 2026

*/s/ Andrew J. Fuller*______________

Andrew J. Fuller
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
E: afuller@cpmlegal.com

*Withdrawing Attorney for Just Josh, Inc.*