**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***<br><br>This Document Relates To: All Cases | Case No. 1:25-cv-00783-JLR |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, a true and correct copy of attorney Andrew J. Fuller's Motion to Withdraw as Counsel of Record, Declaration of Andrew J. Fuller in Support of Motion to Withdraw as Counsel of Record, and the Proposed Order was electronically filed and served on all parties of record via the Court's CM/ECF system. An electronic copy of the above filings was electronically mailed to Plaintiff Just Josh, Inc.

DATED: November 9, 2026

*/s/ Andrew J. Fuller*

Andrew J. Fuller
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
E: afuller@cpmlegal.com

*Withdrawing Attorney for Just Josh, Inc.*