**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***<br><br>This Document Relates To: All Cases | Case No. 1:25-cv-00783-JLR |

**MOTION TO WITHDRAW JACOB M. ALHADEFF AS COUNSEL**

The undersigned attorney respectfully requests that Jacob M. Alhadeff, counsel for Plaintiff Just Josh, Inc., be withdrawn and further requests that Jacob M. Alhadeff be removed from the Court's and parties' service lists. As of September 1, 2026, Thomas E. Loeser is no longer affiliated with Cotchett, Pitre & McCarthy LLP. Thomas E. Loeser will continue to represent the plaintiff in the above captioned matter. No party will be prejudiced if this Motion is granted.

WHEREFORE, the undersigned counsel respectfully requests that the Court permit Jacob M. Alhadeff to withdraw as counsel in this matter.

DATED: November 9, 2026

*/s/ Jacob M. Alhadeff*

Jacob M. Alhadeff
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
E: jalhadeff@cpmlegal.com

*Withdrawing Attorney for Just Josh, Inc.,*