**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***<br><br>This Document Relates To: All Cases | Case No. 1:25-cv-00783-JLR |

**[PROPOSED] ORDER**

Upon consideration of the motion of Jacob M. Alhadeff and Cotchett Pitre & McCarthy LLP for leave to withdraw as counsel for Plaintiff Just Josh, Inc., in the case captioned above, it is hereby **ORDERED:**

1. That the motion is granted; and
2. That Jacob M. Alhadeff and the firm of Cotchett Pitre & McCarthy LLP are hereby withdrawn as Plaintiff's counsel.

________________________
Date

__________________________________
The Honorable Jennifer L. Rochon
United States District Judge