**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***<br><br>This Document Relates To: All Cases | Case No. 1:25-cv-00783-JLR |

**DECLARATION OF JACOB M. ALHADEFF**

I, Jacob M. Alhadeff, do hereby declare and state, under the penalty of perjury, as follows:

1. I am counsel to Plaintiff Just Josh Inc. in the above captioned matter.

2. I submit this Declaration in support of the Motion to Withdraw Jacob M. Alhadeff and Cotchett Pitre & McCarthy LLP as counsel for Plaintiff Just Josh Inc.

3. I filed a Motion to appear Pro Hac Vice on July 30, 2025 (ECF #46) and was granted admission on August 1, 2025 (ECF #47).

4. As of September 1, 2026, Thomas E. Loeser is no longer affiliated with Cotchett Pitre & McCarthy LLP. On October 14, 2026, Thomas E. Loeser filed a Notice of Change of Address (ECF #80).

5. Plaintiff continues to be represented by Thomas E. Loeser, Kira Hessekiel, Steven M. Nathan, and Ashley Crooks of Hausfeld LLP.

6. Counsel does not intend to assert a retaining lien.

7. For the reasons listed above, Counsel respectfully requests to be relieved as counsel for Plaintiff Just Josh Inc.

DATED: November 9, 2026

*/s/ Jacob M. Alhadeff*_______

Jacob M. Alhadeff
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
E: jalhadeff@cpmlegal.com

*Withdrawing Attorney for Just Josh, Inc.*