**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***

This Document Relates To: All Cases

Case No. 1:25-cv-00783-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, a true and correct copy of attorney Jacob Alhadeff's Motion to Withdraw as Counsel of Record, Declaration of Jacob M. Alhadeff in Support of Motion to Withdraw as Counsel of Record, and the Proposed Order was electronically filed and served on all parties of record via the Court's CM/ECF system. An electronic copy of the above filings was electronically mailed to Plaintiff Just Josh, Inc.

DATED: November 10, 2026

*/s/ Jacob M. Alhadeff*

Jacob M. Alhadeff
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
E: jalhadeff@cpmlegal.com

*Withdrawing Attorney for Just Josh, Inc.*