**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

***IN RE RETAILMENOT BROWSER EXTENSION LITIGATION***

This Document Relates To: All Cases

Case No. 1:25-cv-00783-JLR

**ORDER**

Upon consideration of the motion of Andrew J. Fuller and Cotchett Pitre & McCarthy LLP for leave to withdraw as counsel for Plaintiff Just Josh, Inc., in the case captioned above, it is hereby **ORDERED:**

1. That the motion is granted; and
2. That Andrew J. Fuller and the firm of Cotchett Pitre & McCarthy LLP are hereby withdrawn as Plaintiff's counsel.

Dated: November 10, 2026
New York, New York

Jennifer Rochon

The Honorable Jennifer L. Rochon
United States District Judge